## Froio et ux. *v.* Armstrong et al., Appellant (No. 2).

*Principal and agent—Fraud—Secret profit—Equity.*

A decree for plaintiffs on a suit for an accounting will be affirmed where it appears that plaintiffs employed defendant as agent to buy a property, that defendant fraudulently bought the property for himself and then resold it to plaintiffs at an advance.

Argued February 6, 1923. .Appeal, No. 234, Jan. T., 1923, by Armstrong, defendant, from decree of C. P. No. 4, Phila. Co., March T., 1921, No. 7089, for plaintiffs on bill in equity in case of Joseph Froio and Angelina Froio *v.* William H. Armstrong and Henry H. Hall. Before FRAZER, WALLING, SIMPSON, SADLER and SCHAFFER, JJ. Affirmed.

The facts appear in the preceding case.
Defendant, Armstrong, appealed.

*Edward Hopkinson, Jr.,* for appellant.

*Francis B. Bracken,* with him *Arthur Littleton,* for appellees.

OPINION BY MR. JUSTICE SCHAFFER, March 19, 1923:
We have reviewed the material facts on this appeal in the preceding case, in which the defendant, Henry H. Hall, was appellant.

There is no merit in any of the contentions advanced by Armstrong, the appellant here. He was guilty of a gross fraud, both on the plaintiffs and Hall.

The decree of the court below as to the defendant, William H. Armstrong, is affirmed, with directions to the court below to enter such additional decree in favor of the plaintiffs and against the defendant, William H. Armstrong, as will direct and require him to pay to plaintiffs such further sum of money as will reimburse them for all losses they shall have sustained, or may sustain, by reason of the fraudulent acts of the said Armstrong, including therein all money which they shall pay, or be required to pay, to Henry H. Hall, on account of, or by reason of, the bonds and mortgages executed by them to the said Henry H. Hall, and that the said William H. Armstrong pay all costs.